**Order entered March 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00364-CV

### IN RE TERRENCE M. GORE, Relator

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF1212707

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE